Rabin, P. J., Hopkins, Munder, Martuscello and Latham, JJ., concur.

In the Matter of SIDNEY A. LITTMAN, an Attorney.—

Rabin, P. J., Hopkins, Munder, Martuscello and Latham, JJ., concur.

In the Matter of SAM HABER, Petitioner. BERNARD J. WESNOFSKE, Respondent.—

Rabin, P. J., Hopkins, Munder, Martuscello and Latham, JJ., concur.